**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOINA DRAGULESCU, et al.,

Plaintiffs

v.

YONG LIU, et al.,

Defendants

Case No.: 2:26-cv-01778-APG-MDC

**Order Granting Motion to Remand**

[ECF No. 9]

Defendants Yong Liu and Yiyunhang International Logistics Inc. removed this case from state court based on diversity jurisdiction. ECF No. 1. They contend that a $125,000 settlement demand letter from one of the plaintiffs satisfies this court's jurisdictional requirement. "A settlement letter is relevant evidence of the amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's claim." *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002). Here, however, the plaintiffs state that they "are not seeking a recovery exceeding $74,999.99 . . . ." ECF No. 9 at 3, 5. Thus, their prior settlement demand was not a reasonable estimate of the amount at issue. Because the plaintiffs will not seek an award that exceeds this court's jurisdictional floor, I cannot exercise subject matter jurisdiction over this case.

I THEREFORE ORDER that the plaintiffs' motion to remand **(ECF No. 9) is GRANTED.** This case is remanded to the Nevada state court from which it was removed. The clerk of court is directed to close this case.

DATED this 24th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE